# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141398(70)

MARK CHABAN, P.C., Successor of Law
Office of Mark Chaban,
Plaintiff-Appellee,

and

TINDALL & COMPANY, P.C.,
Intervening Appellant,

v

SHIRLEY GETSINGER, JOSEPH P.
BUTTIGLIERI, THEODORE P.
PANARETOS, and KEMP, KLEIN,
UMPHREY, ENDELMAN & MAY, P.C.,
Defendants-Appellees.

SC: 141398
COA: 282481
Wayne CC: 07-709097-AV

_____/

On order of the Court, the motion for reconsideration of this Court's March 8, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

d0718